IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PAUL STEELE,　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiff,　　　　　　　　）
　v.　　　　　　　　　　　　　　　　　）　Court No. 06 C 0027
　　　　　　　　　　　　　　　　　　　）
UNION PACIFIC RAILROAD COMPANY,　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　Defendant.　　　　　　　　）

### NOTICE OF DISMISSAL

NOW COMES the Plaintiff, PAUL STEELE, by and through his attorneys, GEORGE T. BRUGESS and HOEY & FARINA, P.C., and states as follows:

1. Defendant has not been served with summons.

2. Defendant has not served or filed an answer.

3. Defendant has not served or filed a motion for summary judgment.

4. This is not a class action.

5. No receiver has been appointed.

Therefore, pursuant to FRCP Rule 41(a)(1) Plaintiff dismisses this action, **TERMINATING CASE**.

　　　　　　　　　　　　　　Respectfully Submitted,



　　　　　　　　　　　　　　GEORGE T. BRUGESS
　　　　　　　　　　　　　　Attorney for Plaintiff

HOEY & FARINA, P.C.
542 South Dearborn Street
Suite 200
Chicago, Illinois 60605
312/939-1212